UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SADEK & COOPER
1315 Walnut Street, Ste 502
Philadelphia, PA 19107
(856) 890-9003; Fax (215) 545-0611
Attorney(s) for Debtor(s)



Order Filed on September 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bernardita M. Santos
Rodigilio T. Santos

Case No.: 21-16987 (JNP)

Chapter: 13

Judge: Jerrold N. Poslusny

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

DATED: September 30, 2021

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of __Bernardita and Rodigilio Santos__ for the reduction of time for a hearing on __Motion to Vacate Order Dismissing Case, Reinstating Case and Reinstating the Automatic Stay__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __October 5, 2021__ at __11:00 am__ in the United States Bankruptcy Court, __401 Market Street, Camden, NJ 08102__, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
__US Trustee, Chapter 13 Standing Trustee, all interested parties__
__E-Mail must be by consent__
by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____
by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

~~within _____ day(s) of the date of this Order.~~

5. Notice by telephone:

☐ is not required

☒ must be provided to __Chapter 13 trustee__

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

 ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

 ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

  ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*